UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

In the Matter of Transfer of Mortgage ) CV 08-7540 CAS (PJWx)
Foreclosure Cases Filed By Attorney )
Mitchell W. Roth ) ORDER FOR REASSIGNMENT
)
) Related Group Control No.
) CV 08-6554-CAS(SHx)

WHEREAS, Judge Manuel L. Real has agreed to the transfer of all pending Mortgage Foreclosure cases filed by attorney Mitchell W. Roth, the following cases are hereby transferred from the calendar of Judge Christina A. Snyder to the calendar of Judge Manuel L. Real for all further proceedings.

| | |
|---|---|
| CV 08-6554-CAS(SHx) | Daniel Martinez Roque v. Housekey Financial Corp., et al |
| CV 08-6756-CAS(MANx) | Christine Lee v. Quality Loan Service Corp., et al |
| CV 08-7348-CAS(AJWx) | Lino Martinez v. NDEX West, LLC, et al |
| CV 08-7456-CAS(RCx) | Francisco Becerril v. ReconTrust Co., et al |
| CV 08-7540-CAS(PJWx) | Christi Diane Barsekian v. First American Loanstar, etc. |
| CV 08-8206-CAS(JWJx) | Rolando Galvez v. Quality Loan Service Corp., et al |
| CV 09-672-CAS(PLAx) | Luisa Vasquez v. First American Loanstar Trustee, etc. |

Dated: February 20, 2009

_____
Judge Gary A. Feess
Chair, Case Management and Assignment Committee