JOHN M. SORICH (CA Bar No. 125223)
jsorich@adorno.com
S. CHRISTOPHER YOO (CA Bar No. 169442)
cyoo@adorno.com
ADORNO YOSS ALVARADO & SMITH
A Professional Corporation
1 MacArthur Place, Suite 200
Santa Ana, California 92707
Tel: (714) 852-6800
Fax: (714) 852-6899

Attorneys for Defendant
CHASE HOME FINANCE LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTI DIANE BARSEKIAN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>FIRST AMERICAN LOANSTAR;<br>CHASE HOME FINANCE, LLC,, DOES<br>1-50, INCLUSIVE,<br><br>　　　　　Defendants. | CASE NO.: CV08-7540 CAS (PJWx)<br><br>JUDGE:　Hon. Manuel L. Real<br>CRTRM:　"8"<br><br>REPLY RE: NON-OPPOSITION TO MOTION TO DISMISS THE FIRST AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM<br><br>DATE:　March 23, 2009<br>TIME:　10:00 a.m.<br>CTRM:　"8" |

### MEMORANDUM OF POINTS & AUTHORITIES

Defendant Chase Home Finance LLC ("Chase" or "Defendant"), respectfully submits this Reply re: Non-Opposition to the Motion to Dismiss ("Motion to Dismiss") the First Amended Complaint of plaintiff Christi Diane Barsekian ("Plaintiff").

### I. SUMMARY OF ARGUMENT

Defendant filed and served the Motion to Dismiss on February 9, 2009. *See,*

---

1074032.1

1
REPLY TO OPPOSITION TO MOTION TO DISMISS

Court Docket No. 5; s*ee also,* Declaration of S. Christopher Yoo ("Yoo Decl."), ¶ 2. The hearing on the Motion to Dismiss was originally set for March 23, 2009 at 10:00 a.m. in courtroom "5". *See,* Yoo Decl., ¶ 2.

The Central District of California Local Rule ("Local Rule") 7-9 requires a party opposing a motion must file a written opposition with the Court <u>at least fourteen calendar days</u> before the motion hearing. Therefore, <u>Plaintiff's opposition to the Motion to Dismiss was due on Monday, March 9, 2009</u>. *See,* Yoo Decl., ¶ 3. Local Rule 7-12 indicates that the Court may decline to consider any memorandum or other paper not filed within the deadline set by order or local rule. Furthermore, the failure to file any required paper, or the failure to file it within the deadline, <u>may be deemed consent to the granting or denial of the motion</u>. Local Rule 7-12.

On February 23, 2009, the Court issued an order transferring this matter to Judge Manuel L. Real. *See,* Court Docket.

However, to date, Defendant has not received any opposition to the Motion to Dismiss. *See,* Yoo Decl., ¶ 3. The Court website also indicates that no opposition has been filed. *See,* Court Docket; *see also,* Yoo Decl., ¶ 4. The Court should not consider any belated opposition from the Plaintiff and the Motion to Dismiss must be granted in its entirety without leave to amend. Local Rule 7-12.

## II. CONCLUSION

Defendant respectfully requests that the Motion to Dismiss be granted in its entirety without leave to amend.

DATED: March 16, 2009

    ADORNO YOSS ALVARADO & SMITH
    A Professional Corporation

    By: /s/ S. Christopher Yoo
        JOHN M. SORICH
        S. CHRISTOPHER YOO
        Attorneys for Defendant
        CHASE HOME FINANCE LLC

## DECLARATION OF S. CHRISTOPHER YOO

I, S. CHRISTOPHER YOO, declare as follows:

1. I am a partner with the law firm of Adorno Yoss Alvarado & Smith, a Professional Corporation, attorneys of record herein for Defendant Chase Home Finance LLC ("Chase" or "Defendant"), in the above-captioned action ("Action"). I have been duly admitted to practice law in the State of California. I am submitting this Declaration in support of Defendant's Motion to Dismiss the Complaint of plaintiff Christi Diane Barsekian ("Plaintiff"). If called as a witness in this matter, I am competent to testify of my own personal knowledge, to the best of my recollection, as to the matters set forth in this Declaration.

2. My office, on behalf of Defendant, served and filed a Motion to Dismiss the Complaint on February 9, 2009. The hearing on the Motion to Dismiss was set for March 23, 2009 at 10:00 a.m. in courtroom "8."

3. <u>Plaintiff's opposition to the Motion to Dismiss was due on Monday, March 9, 2009</u>. To date, Defendant has not received any opposition to the Motion to Dismiss.

4. To date, no opposition has been filed. Therefore, the Court should not consider any belated opposition from Plaintiff.

I declare under penalty of perjury under the laws of the State of California that this declaration is true and correct.

Executed on March 16, 2009 at Santa Ana, California.

_____
S/ CHRISTOPHER YOO

---

1074032.1

3
REPLY TO OPPOSITION TO MOTION TO DISMISS

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is **ADORNO YOSS ALVARADO & SMITH, 1 MacArthur Place, Santa Ana, CA 92707**.

On March 16, 2009, I served the foregoing document described as **REPLY RE: NON-OPPOSITION TO MOTION TO DISMISS THE FIRST AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM** on the interested parties in this action.

☒ by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒ **BY REGULAR MAIL:** I deposited such envelope in the mail at 1 MacArthur Place, Santa Ana, California. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

**BY THE ACT OF FILING OR SERVICE, THAT THE DOCUMENT WAS PRODUCED ON PAPER PURCHASED AS RECYCLED.**

☐ **BY FACSIMILE MACHINE:** I Tele-Faxed a copy of the original document to the above facsimile numbers.

☐ **BY OVERNIGHT MAIL:** I deposited such documents at the Overnite Express or Federal Express Drop Box located at 1 MacArthur Place, Santa Ana, California 92707. The envelope was deposited with delivery fees thereon fully prepaid.

☐ **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the above addressee(s).

☐ (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on March 16, 2009, at Santa Ana, California.

*/s/ Rhonda K. White*
Rhonda K. White

1065678.1

1
PROOF OF SERVICE

## SERVICE LIST
*Christi Diane Barsekian v. First American, et al.*
USDC Case No. CV08-7540 CAS (PJWx)

| | |
|---|---|
| Mitchell W. Roth, Esq.<br>M.W. ROTH, P.L.C.<br>13245 Riverside Drive, Suite 320<br>Sherman Oaks, CA 91423 | Telephone: 818. 989.7888<br>Facsimile:   818.372.3547<br><br>**Attorneys for Plaintiff,**<br>**Christi Diane Barsekian** |
| T. Robert Finlay, Esq.<br>Charles C. McKenna, Esq.<br>Wright, Finlay & Zak<br>4665 MacArthur Court, Suite 280<br>Newport Beach, CA 92660 | Telephone: 949.477.5050<br>Facsimile:   949.477.9200<br><br>**Attorney for Defendant,**<br>**First American Loanstar Trustee Services** |

ADORNO YOSS ALVARADO & SMITH
ATTORNEYS AT LAW
SANTA ANA

2
PROOF OF SERVICE

1065678.1