# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - REOPENING/CLOSING

Case No. **CV-08-7540-R**  Date **MAY 7, 2009**

Title: **CHRISTI DIANE BARSEKIAN -V- FIRST AMERICAN LOANSTAR etc et al**

Present: The Honorable **MANUEL L. REAL**

| William Horrell | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

Proceedings:   ☐ In Court       ☒ In Chambers       ☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☐ Case should have been closed on entry dated _____.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☒ Other  Parties have failed to submit proposed orders as ordered by Court     (Make JS-6)

☐ Entered _____.

Initials of Preparer  **WH**